AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

J. BLAIR HAYES
12710 Hammonton Road
Silver Spring, MD 20904

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT
Secretary of Health & Human Services
200 Independence Avenue SW
Washington DC 20201

Defendant.

CASE NUMBER:

TO: (Name and address of Defendant)

**MICHAEL O. LEAVITT**
Secretary of Health & Human Services
200 Independence Avenue SW
Washington DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
Swick & Shapiro
1225 Eye Street NW, Suite 1290
Washington DC 20005
202-842-0300

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK                                                                                      DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 2-1-08 |
| NAME OF SERVER *(PRINT)* Jermaine Brown | TITLE Legal Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Certified Mail  # 7099 3400 0011 3693 2180

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/07/08
                  *Date*            *Signature of Server*

*Address of Server*

SWICK & SHAPIRO, P.C.
ATTORNEY AT LAW
1225 EYE ST, NW SUITE ____
WASHINGTON, D.C. 20___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael O. Leavitt
   200 Independence Avenue, SW
   Washington, DC 20201

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Dawn Eric
B. Date of Delivery: 2-1-04
C. Signature: X _____
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
   7699 3400 0011 3693 2180

PS Form 3811, July 1999    Domestic Return Receipt    102595-99-M-1789

Blair Hayes