UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES<br>12710 Hammonton Road<br>Silver Spring, MD 20904<br><br>　　　　　　Plaintiff<br>　　v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of Health & Human Services<br>200 Independence Avenue, SW<br>Washington, DC 20201<br><br>　　　　　　Defendant. | Civil Action No.: 08-0150 (RCL) |

**NOTICE OF APPEARANCE**

　　The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christopher Harwood as counsel for Defendant in the above-captioned case.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　CHRISTOPHER HARWOOD
　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　555 4th St., N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　(202) 307-0372
　　　　　　　　　　　　　　　　　Christopher.Harwood@usdoj.gov