UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| J. BLAIR HAYES, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 08-0150 (RCL) |
| MICHAEL O. LEAVITT, Secretary of Health and Human Services | ) |
| Defendant | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Harry B. Roback, Assistant United States Attorney, and withdraw the appearance of Christopher Harwood, as counsel of record for the defendant in this action.

Respectfully submitted,

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March 2008, I caused the foregoing Substitution of Counsel to be served on counsel for plaintiff via the court's Electronic Case Filing System.

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C.  20530
(202) 616-5309