UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0150 RCL |
| ) | |
| MICHAEL O. LEAVITT, SECRETARY, ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT
TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant hereby moves for a 21-day extension to respond to Plaintiff's Amended Complaint. Good cause exists for the Court to grant this modest extension. In support of this motion, Defendant states as follows:

1. On February 25, 2008, Plaintiff filed an Amended Complaint that included several new claims. The new claims were still pending at the administrative agency at the time the plaintiff filed the Amended Complaint.

2. Defendant's response to Plaintiff's Amended Complaint is currently due on March 25, 2008.

3. Since February 25, 2008, Defendant has been diligently reviewing the allegations in the Amended Complaint. However, Defendant needs additional time to prepare its response.

4. Counsel for defendant notes that he recently entered an appearance in this action on March 12, 2008.

5. Accordingly, Defendant respectfully requests that the Court grant it an additional three weeks to respond to the Amended Complaint.

6. This is Defendant's first request for an extension.

7. Counsel for Plaintiff consents to this extension.

A proposed order is submitted herewith.

                                            Respectfully submitted,

                                            JEFFREY A. TAYLOR , D.C. Bar # 498610
                                            United States Attorney

                                            RUDOLPH CONTRERAS, D.C. Bar # 434122
                                            Assistant United States Attorney

                                            /s/ Harry B. Roback
                                            HARRY B. ROBACK, D.C. Bar # 485145
                                            Assistant United States Attorney
                                            United States Attorneys Office
                                            555 4th Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 616-5309

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>)<br>  Defendant. )<br>) | Civil Action No. 08-0150 RCL |

**[PROPOSED] ORDER**

Upon consideration of Defendant's motion to extend time to respond to Plaintiff's Amended Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiffs' Amended Complaint by April 15, 2008.

SO ORDERED.


Date: _____                    _____
                                     United States District Judge