UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES,            )<br>                            )<br>    Plaintiff,          )<br>                            )<br>v.                          )<br>                            )<br>MICHAEL O. LEAVITT, SECRETARY, )<br>UNITED STATES DEPARTMENT OF )<br>HEALTH AND HUMAN SERVICES, )<br>                            )<br>    Defendant.         )<br>                            ) | Civil Action No. 08-0150 RCL |

**ORDER**

Upon consideration of Defendant's motion to extend time to respond to Plaintiff's Amended Complaint, it is hereby

ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that Defendant shall respond to Plaintiffs' Amended Complaint by April 15, 2008.

SO ORDERED.

Date: 04/05/08                                   ___/s/_____
                                                 U.S. District Judge Royce C. Lamberth