UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, SECRETARY, )<br>United States Department of Health and )<br>Human Services, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-0150 RCL |

**DEFENDANT'S ANSWER TO THE
FIRST AMENDED COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 8, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services ("HHS"), answers the plaintiff's First Amended Complaint as follows:

1. This paragraph is plaintiff's characterization of his lawsuit to which no response is required. To the extent that an answer is deemed required, defendant denies the allegations and specifically denies that HHS engaged in discrimination or retaliation.

2. This paragraph is a statement of jurisdiction to which no response is required.

3. HHS admits that venue is proper in this judicial district and that plaintiff is employed by defendant in the District of Columbia. The defendant denies the remaining allegations contained in Paragraph 3 of the First Amended Complaint.

4. Defendant admits the allegations in the first two sentences of Paragraph 4. Defendant further admits that it settled a previous lawsuit brought by plaintiff. As part of that settlement, plaintiff was placed in a GS-15 position and received a monetary payment.

5. Defendant admits the allegations in Paragraph 5 of the First Amended Complaint.

6. The defendant admits the first and second sentences in Paragraph 6 of the First Amended Complaint. The defendant denies the third sentence in Paragraph 6 of the First Amended Complaint. The defendant admits the fourth sentence in Paragraph 6 of the First Amended Complaint, except that defendant denies that ACF "constitutes a significant portion of DHHS."

7. The defendant denies the allegations in Paragraph 7 of the First Amended Complaint, except that Defendant admits the allegations in sentence 3.

8. Defendant admits that plaintiff headed AFC's Division of Acquisition Management and that he was placed in that position following litigation with HHS.

9. The defendant admits the first sentence in Paragraph 9 of the First Amended Complaint. The defendant denies the second sentence in Paragraph 9 of the First Amended Complaint. The defendant admits the third sentence in Paragraph 9 of the First Amended Complaint. The defendant denies the fourth sentence in Paragraph 9 of the First Amended Complaint.

10. The defendant admits that the first sentence in Paragraph 10 of the First Amended Complaint, except that the defendant denies that Robert Velasco is a white man. The defendant denies the remaining allegations in Paragraph 10.

11. Defendant denies the allegations in Paragraph 11 of the First Amended Complaint.

12. Defendant denies the allegations in Paragraph 12 of the First Amended Complaint.

13. Defendant admits the first sentence in Paragraph 13 of the First Amended Complaint. Defendant denies the second sentence in Paragraph 13 of the First Amended Complaint.

14. Defendant denies the allegations in Paragraph 14 of the First Amended Complaint.

15. Defendant denies the allegations in Paragraph 15 of the First Amended Complaint.

16. Defendant denies the allegations in Paragraph 16 of the First Amended Complaint.

17. Defendant denies the allegations in Paragraph 18 of the First Amended Complaint.

18. Defendant denies the allegations in Paragraph 18 of the First Amended Complaint.

19. Defendant denies the allegations in Paragraph 19 of the First Amended Complaint.

20. Defendant denies the allegations in Paragraph 20 of the First Amended Complaint.

21. Defendant denies the allegations in Paragraph 21 of the First Amended Complaint.

22. Defendant denies the allegations in Paragraph 22 of the First Amended Complaint.

23. Defendant denies the allegations in Paragraph 23 of the First Amended

Complaint.

24(a)-(h).  The defendant denies that the plaintiff is entitled to the relief requested or to any relief whatsoever.  Defendant further avers that any compensatory damages award would be subject to and limited by 42 U.S.C. § 1981a and that relief would be further limited by 42 U.S.C. § 2000e-5(g)(2)(B).

25.    This paragraph is plaintiff's request for a jury trial to which no response is required.

Defendant also asserts the following defenses.

### First Defense

The plaintiff has failed to state a claim upon which relief may be granted.

### Second Defense

The plaintiff has failed to exhaust his administrative remedies.

### Third Defense

The plaintiff has failed to mitigate his damages, if any.

### Fourth Defense

The relief sought by the plaintiff is prohibited or limited by statute.  Defendant asserts all statutory limitations on the damages sought by the plaintiff.

Dated: April 15, 2008                                  Respectfully submitted,

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney
 /s/
HARRY B. ROBACK, D.C. BAR #485145
Assistant United States Attorney

555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-5309

OF COUNSEL:
JAMES C. ANAGNOS
Office of General Counsel
Department of Health and Human Services

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of April, 2008, I served a copy of Defendant's Answer to Plaintiff's First Amended Complaint on counsel for plaintiff by the Court's ECF system.

/s/ _____
Harry B. Roback