UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Civil Action No. 08-150 (RCL) |
| ) | |
| MICHAEL O. LEAVITT, Secretary, ) | |
| United States Department of Health and ) | |
| Human Services, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Defendant Michael O. Leavitt has filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant. Within fourteen (14) days thereafter, and in accordance with Local Rule 16.3(d), the parties shall jointly submit the following: (1) a written report outlining the discovery plan; and (2) a proposed scheduling order.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on April 17, 2008.