UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J. BLAIR HAYES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil A. No. 08-0150 (RCL) |
| ) | |
| MICHAEL O. LEAVITT, in his official ) | |
| capacity as SECRETARY OF HEALTH ) | |
| AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT REPORT OF THE PARTIES

Pursuant to Local Rule 16.3, counsel for both parties in the above-captioned matter jointly submit this report. The plaintiff alleges that the Department of Health and Human Services discriminated against him based on his race and in retaliation for his having engaged in prior EEO activity. The plaintiff brings claims under the Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981a. The Department of Health and Human Services denies any wrongdoing in this matter. In particular, the Department believes that it treated plaintiff reasonably and fairly.

    1. <u>Status of Dispositive Motions</u>: There is no pending dispositive motion. Plaintiff respectfully suggests that this case is unlikely to be resolved by dispositive motion. Defendant believes that this case will be properly resolved by a motion for summary judgment, after the close of discovery.

    2. <u>Amended Pleadings</u>: The parties do not currently anticipate that it will be necessary to join third parties. The plaintiff anticipates seeking leave to amend the First Amended Complaint to add additional allegations of discrimination and/or retaliation against the Department as such

allegations ripen administratively and, accordingly, may be amenable to the Court's subject matter jurisdiction. The Department believes that it needs to review the specific information regarding any further amendments to the Complaint before stating whether it will consent or oppose such amendments.

At the close of discovery, the parties will discuss whether any of the factual or legal issues can be narrowed and inform the Court if any modifications are agreed upon.

3. <u>Assignment to Magistrate Judge</u>: The parties do not agree to the assignment of this case to a Magistrate Judge.

4. <u>Settlement Possibility</u>: The parties do not believe that there is a realistic possibility of settlement prior to the resolution of dispositive motions.

5. <u>Alternative Dispute Resolution</u>: The parties do not believe that this case would benefit from ADR at the present time.

6. <u>Dispositive Motions</u>: Defendant believes that this case will be properly resolved by a motion for summary judgment, after the close of discovery. Plaintiff does not agree. The parties propose that dispositive motions be filed no later than December 19, 2009.

7. <u>Initial Disclosures</u>: The parties do not stipulate to dispense with initial disclosures, and propose that the disclosures be made no later than thirty days following the entry of a scheduling order in this action.

8. <u>Discovery</u>: The Federal Rules of Civil Procedure and the Local Rules of this Court shall govern discovery in this action. Each party shall be entitled to conduct up to ten depositions. The parties believe that discovery can be completed by November 14, 2008.

9. <u>Experts</u>: The parties do not anticipate the need for any expert witnesses in this case.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not anticipate the need for bifurcation.

12. <u>Proposed Date For The Pretrial Conference</u>:  The parties agree that a pretrial conference should not be scheduled until the Court has decided all dispositive motions.

13. <u>Trial Date</u>: The parties agree that, if necessary, a trial date should be set at the same time as a date is set for the pretrial conference.

14. The parties are not aware of any additional matters that require inclusion in the scheduling order.

                                                          Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| David H. Shapiro #961326 | JEFFREY A. TAYLOR , D.C. Bar # 498610 |
| Swick & Shapiro | United States Attorney |
| 1225 Eye Street, N.W. | |
| Suite 1290 | /s/ |
| Washington, DC 20005 | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| 202-842-0300 | Assistant United States Attorney |
| 202-429-1418 (fax) | |
| Counsel for Plaintiff | /s/ |
| | HARRY B. ROBACK, D.C. Bar # 485145 |
| | Assistant United States Attorney |
| | United States Attorneys Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: 202-616-5319 |
| May 14, 2008 | harry.roback@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **J. BLAIR HAYES** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|         v. | ) | Civil A. No. 08-0150 (RCL) |
| | ) | |
| **MICHAEL O. LEAVITT, in his official** | ) | |
| **capacity as SECRETARY OF HEALTH** | ) | |
| **AND HUMAN SERVICES,** | ) | |
| | ) | |
|     **Defendant.** | ) | |
| | ) | |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' Joint Report under Rule 16.3, it is hereby ORDERED that the following schedule shall govern the proceedings this action:

| | |
|---|---|
| Rule 26(a)(1) Disclosures | June 15, 2008 |
| Discovery Cutoff | November 14, 2008 |
| Motions Deadline | December 16, 2008 |

Date: _____                    _____
                                          United States District Judge