UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J. BLAIR HAYES** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**MICHAEL O. LEAVITT, in his official** )<br>**capacity as SECRETARY OF HEALTH** )<br>**AND HUMAN SERVICES,** )<br>)<br>**Defendant.** )<br>) | Civil A. No. 08-0150 (RCL) |

**SCHEDULING ORDER**

Upon consideration of the parties' Joint Report under Rule 16.3, it is hereby ORDERED that the following schedule shall govern the proceedings this action:

    Rule 26(a)(1) Disclosures    June 15, 2008

    Discovery Cutoff    November 14, 2008

    Motions Deadline    December 16, 2008


Date: ___05/28/2008_____    _____/s/_____
    Chief Judge Royce C. Lamberth